IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gene Burce,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>United States of America,<br><br>　　　　　Respondent. | CV 03-1648-PHX-ROS-12<br>CR 97-0237<br><br>**ORDER** |

　　　　On August 25, 2003 Petitioner (Defendant #12) filed a Motion To Vacate/Set Aside Sentence pursuant to 28 U.S.C. § 2255 (Doc. #1186-1, CR 97-0237). On March 30, 2005 Magistrate Judge Anderson issued a Report and Recommendation ("R&R") recommending that the motion be denied (Doc. #1274, CR 97-0237). No objections were filed by either party.

　　　　The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District

courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985). No objection having been made, the Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. #1274, CR 97-0237) is **ADOPTED** and the Motion To Vacate (Doc. #1186-1, CR 97-0237) **DENIED.**

DATED this 21st day of July, 2006.

Roslyn O. Silver
United States District Judge